UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER KNIGHT,

Plaintiff,

v.

HEIDI WASHINGTON, et al.,

Defendants.
_____________________________/

Case No. 1:25-cv-964

Hon. Hala Y. Jarbou

**ORDER**

On October 13, 2026, the magistrate judge issued a Report and Recommendation (R&R) (ECF No. 27) recommending that Defendant Correctional Officer Al-Ani's motion for summary judgment be granted. No parties have filed objections to the R&R, and the deadline for doing so has passed. The Court has reviewed the R&R and determined that it makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 27) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Al-Ani's motion for summary judgment (ECF No. 22) is **GRANTED**.

A judgment will issue in accordance with this order.

Dated: November 17, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE